UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JACQUELINE ELIZABETH GARCIA AGUILERA,<br><br>               Petitioner,<br>    vs.<br><br>DORIAN RAMIRES ARIAS and KAMMI BICKLES,<br><br>               Respondents. | No. CV-08-0135-JLQ<br><br>ORDER TO SHOW CAUSE AND ORDER RESTRAINING DORIAN RAMIRES ARIAS AND KAMMI BICKLES FROM REMOVING CHILDREN FROM JURISDICTION OF THIS COURT |

    Pursuant to the International Child Abduction Remedies Act, 42 United States Code § 11601, et seq., good cause being shown for the entry of this Order, It Is Hereby Ordered, Adjudged, and Decreed as follows:

    Dorian Ramires Arias and Kammi Bickles are hereby and immediately and forthwith restrained from removing either of the children, MAA, born in 1999 and/or JLA, born in 2002 from their current residence in the state of Washington without the prior permission of the court.

    It Is Further Ordered, Adjudged, and Decreed that Dorian Ramires Arias and Kammi Bickles shall appear before the undersigned in Courtroom # 1 of the Thomas S. Foley United States Courthouse, W. 920 Riverside Avenue, Spokane, Washington, on Tuesday, the 20th day of May, 2008 at 2 p.m., then and there to show cause, if any there be, why the foregoing restraining order should not be made permanent, pending further Order of this court and to further show cause why the above-named children should not be returned to their mother, Jacqueline Elizabeth Garcia Aguilera.

    The Clerk of this court shall enter this Order and furnish counsel a copy.

    Dated this 24th day of April, 2008.

                               s/ Justin L. Quackenbush

                              JUSTIN L. QUACKENBUSH
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1